# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-11
Lower Tribunal No. 2019-CA-002559-000-1-XX

_____

ISLAND ROOFING and RESTORATION, LLC, a/a/o JAMES ROCCO and NICOLE ROCCO,

Appellants,

v.

FLORIDA INSURANCE GUARANTY ASSOCIATION,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

April 9, 2024

PER CURIAM.

     AFFIRMED.

WOZNIAK, WHITE and GANNAM, JJ., concur.


Claudio Balladares, Anthony Tinelli and Gabriel Fernandez, of Tinelli Fernandez, PLLC, Coral Gables, for Appellant.

Lindsay F. LoBello, of The Monson Law Firm, Coral Springs, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED